IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION


ANTHONY HICKS                                                    PLAINTIFF


VS.                              CASE NO. 06-CV-1086


DAVID NORWOOD, Captain,
Ouachita County Jail; LT. GREGORY,
Ouachita County Jail; and SGT.
BAKER, Ouachita County Jail                                      DEFENDANTS


**ORDER**

Now on this 4th day of June, 2007, comes for consideration the Report and

Recommendation of the Magistrate Judge (Doc. No. 33) filed herein on May 11, 2007, by the

Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.

Ten (10) days have passed without objections being filed by the parties.  The Court hereby adopts

*in toto* the magistrate's findings and recommendations.

Accordingly, the Court finds that Plaintiff Anthony Hicks' motions for preliminary

injunction or temporary restraining order (Doc. Nos. 22 and 26) should be and hereby are **denied.**

IT IS SO ORDERED.


                                          ____/s/Harry F. Barnes_____
                                          Hon. Harry F. Barnes
                                          United States District Judge