IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION OF ARKANSAS
EL DORADO DIVISION

ANTHONY HICKS                                                                                         PLAINTIFF

VS.                                            Civil No. 06-CV-1086

DAVID NORWOOD, Captain,
Ouachita County Jail, LT. GREGORY,
Ouachita County Jail; and
SGT. BAKER, Ouachita County Jail                                                      DEFENDANTS

## ORDER

Now on this 18th day of September, 2009, comes on for consideration the proposed findings and recommendations filed herein on August 11, 2009, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  Ten (10) days having passed without objections being filed by the parties, the court hereby adopts in toto the findings and recommendations.

Accordingly, the court finds that the Motion for Summary Judgment [Doc. 29] should be and is hereby **granted in part and denied part**.  Specifically, the official capacity claims are **dismissed**.  As to the remaining claims, the Motion is **denied**.

IT IS SO ORDERED.

/s/ Harry F. Barnes
**HARRY F. BARNES**
**U.S. DISTRICT JUDGE**